```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
SOMPO JAPAN INSURANCE INC.,                                              :
                                                                         :
                               Plaintiff,                                :
                                                                         :   23-CV-7675 (JMF)
        -v-                                                              :
                                                                         :
MSC MEDITERRANEAN SHIPPING COMPANY S.A.,                                 :
                                                                         :
                               Defendant.                                :
                                                                         :
------------------------------------------------------------------------ :
                                                                         :
 SOMPO JAPAN INSURANCE INC.,                                             :
                                                                         :
                               Plaintiff,                                :
                                                                         :
        -v-                                                              :   23-CV-7858 (JMF)
                                                                         :
MSC MEDITERRANEAN SHIPPING COMPANY, S.A.,                                :
                                                                         :   ORDER
                               Defendant.                                :
                                                                         :
------------------------------------------------------------------------ X
```

JESSE M. FURMAN, United States District Judge:

On August 29, 2023, Plaintiff Sompo Japan Insurance Inc. filed a Complaint in 23-CV-7675. *See* 23-CV-7675, ECF No. 1. On September 5, 2023, Plaintiff filed a similar Complaint in 23-CV-7858. *See* 23-CV-7858, ECF No. 1. As of this Order, no motion for consolidation has been filed, but the cases appear to involve common questions of law and fact, albeit about different shipments.

The Court is inclined to consolidate the cases under the case number 23-CV-7675 pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **September 21, 2023**. If no party files a letter opposing consolidation, the Court will consolidate

the two cases without further notice to the parties.

Plaintiff shall notify the Court immediately, and no later than **September 14, 2023**, if it has filed any other cases in this District that are plausibly related to these.  *See* Rule 13, Local Rules for the Division of Business Among District Judges.  Plaintiff shall also mark any such future cases as "related" on the Civil Cover Sheet and file a Related Case Form.

It is further ORDERED that Plaintiff shall promptly serve a copy of this Order on Defendant and file proof of service on the docket.

SO ORDERED.

Dated: September 7, 2023
       New York, New York

                                            JESSE M. FURMAN
                                            United States District Judge