UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- X

| | | |
|---|---|---|
| SOMPO JAPAN INSURANCE INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| -v- | : | 23-CV-7675 (JMF) |
| | : | |
| MSC MEDITERRANEAN SHIPPING COMPANY S.A. et al., | : | |
| | : | |
| Defendants. | : | |
| -------------------------------------------------------------------------------- | : | |
| SOMPO JAPAN INSURANCE INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | 23-CV-7858 (JMF) |
| -v- | : | |
| | : | |
| MSC MEDITERRANEAN SHIPPING COMPANY, S.A. et al., | : | CONSOLIDATION ORDER |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------------------------- X

JESSE M. FURMAN, United States District Judge:

On September 7, 2023, the Court directed the parties to submit any objection to consolidating the above captioned cases by September 21, 2023.  *See* 23-CV-7675, ECF No. 9; 23-CV-7858, ECF No. 6.  No counsel objected to consolidation.  Accordingly, the cases are hereby CONSOLIDATED for pre-trial purposes.  The Court will address whether consolidation for trial is warranted at a later date.

The Clerk of the Court is directed to consolidate these cases under the lead case, 23-CV-7675, and to close 23-CV-7858.  All future filings shall be on the 23-CV-7675 docket.

Plaintiff shall promptly serve a copy of this Order on Defendants and file proof of service on the docket.

SO ORDERED.

Dated: September 22, 2023  
New York, New York

_____
JESSE M. FURMAN
United States District Judge