UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                     :

SOMPO JAPAN INSURANCE INC.,           :

                 Plaintiff,        :

             -v-              :            23-CV-7675 (JMF)

MSC MEDITERRANEAN SHIPPING COMPANY S.A.  :        ORDER OF DISMISSAL
et al.,

             Defendants.    :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court having been advised at ECF No. 19 that all claims asserted herein — including those asserted in the member case, 23-CV-7858 — have been settled in principle, it is ORDERED that the above-entitled action and 23-CV-7858 be and are hereby DISMISSED and discontinued without costs, and without prejudice to the right to reopen the action **within sixty days** of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.  **Further, requests to extend the deadline to reopen are unlikely to be granted.**

      If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court.  Per Paragraph 5.B of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      Any pending motions are moot.  All conferences are canceled.  The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: November 13, 2023
      New York, New York

                              JESSE M. FURMAN
                          United States District Judge